UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

      - against -

                                       24 Cr. 597 (SLC)

JUAN MENDEZ

                 Defendant.
------------------------------------------------------------------X

**JUAN MENDEZ'S MOTION TO LEAVE & FILE SEALED MATERIALS**

Application DENIED WITHOUT PREJUDICE. Defendant's counsel states that the reason for the sealing request is that "the contents of the Sentencing memorandum contains [sic] sensitive information about Mr. Mendez's." The application does not state what the sensitive information is, nor does it state whether Defendant's counsel has conferred with the Government regarding the request. The application may be refiled, provisionally under seal if necessary, but it must inform the Court of (1) the nature of the sensitive information, and (2) the Government's position as to the request.

By:  /s/*Kenneth J. Montgomery//*
Law Office of Kenneth Montgomery
396 Waverly Ave,
Brooklyn, New York
Tel: (718) 403-9261
Email: ken@kjmontgomerylaw.com

*Attorney for Juan Mendez*

SO ORDERED.

_____
USMJ 1/16/2025

# KENNETH J. MONTGOMERY
## ATTORNEY AT LAW

396 WAVERLY AVENUE　　　　　　　　　　　　　　　Tel:(718)403-9261
SUITE A　　　　　　　　　　　　　　　　　　　　　Fax: (347) 402-7103
BROOKLYN, NEW YORK 11238
Email:KEN@KJMONTGOMERYLAW.COM

Admitted NY

January 15, 2025

**VIA: E-Mail**

The Honorable Judge Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
Cave_NYSDChambers@nysd.uscourts.gov

　　　　　　　　**Re**: United States v. Juan Mendez
　　　　　　　　　　　Criminal Docket # 24 Cr 597 (SLC)

Dear Judge Cave,

　　Please be advised that I am requesting The Court's permission to file motion leave to file documents under seal for defendant Mr. Juan Mendez sentencing memorandum and medical records attached.

### I.　　Reasons for Granting Leave to File Sealed Materials

　　The reason for this request is the contents of the Sentencing memorandum contains sensitive information about Mr. Mendez's.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　By:　　/s/Kenneth J. Montgomery
　　　　　　　　　　　　　　　　　　Law Office of Kenneth Montgomery
　　　　　　　　　　　　　　　　　　396 Waverly Ave,
　　　　　　　　　　　　　　　　　　Brooklyn, New York 11238
　　　　　　　　　　　　　　　　　　Tel: 917-770-5590
　　　　　　　　　　　　　　　　　　Email: ken@kjmontgomerylaw.com

　　　　　　　　　　　　　　　　　　*Attorney for Juan Mendez*

Cc: Norma Espinal (Clerk of Court) (Via Email)
Sebastian Swett for the Government (Via E-mail)