UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JUAN MENDEZ,

                    Defendant.

**Notice of Appearance**

**24 Cr. 597 (SLC)**

To:    Clerk of Court
       United States District Court
       Southern District of New York

The undersigned attorney respectfully requests that the Clerk of Court note his appearance

in this case and add him as a Filing User to whom Notices of Electronic Filing will be transmitted.

Respectfully submitted,

DANIELLE R. SASSOON
United States Attorney for the
Southern District of New York

Dated: New York, New York
       February 5, 2025

By: _____
    Jacob R. Fiddelman
    Assistant United States Attorney
    Tel.: 212-637-1024
    Email: jacob.fiddelman@usdoj.gov