

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 5, 2025

**BY ECF**

The Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Juan Mendez*, 24 Cr. 597 (SLC)

Dear Judge Cave:

    The Government respectfully submits this letter to request leave to file the Government's sentencing submission in this case tomorrow, February 6, 2025. Sentencing is scheduled for February 12, 2025 at 10:00 a.m. Due to an administrative error involving personnel turnover, the Government inadvertently overlooked its previous filing deadline in this case and only became aware of the mistake this evening. The defendant, through counsel, consents to this request. The Government sincerely apologizes for any inconvenience its oversight may have caused and thanks the Court for its consideration.

Application GRANTED.

SO ORDERED.

*[signature]*
USMJ 2/6/2025

Respectfully submitted,

DANIELLE R. SASSOON
United States Attorney

by:     /s/
    Jerry Fang / Jacob R. Fiddelman /
    Meredith Foster / Catherine Ghosh
    Assistant United States Attorneys
    (212) 637-2584/-1024/-2310/-1114

cc:    Kenneth J. Montgomery, Esq.