

**NEW YORK CITY HOUSING AUTHORITY**
90 CHURCH STREET • NEW YORK, NY 10007

TEL: (212) 306-3000  •  nyc.gov/nycha

**LISA BOVA-HIATT**
CHIEF EXECUTIVE OFFICER

January 30, 2025

Honorable Sarah L. Cave
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> Re: United States v. Juan Mendez, Case No. 24-CR-597 (SLC)
> Victim Impact Statement

Dear Judge Cave:

The New York City Housing Authority (NYCHA) employed Juan Mendez from April 8, 1991 until his resignation as part of his plea agreement. As admitted in his plea agreement, between approximately July 2015 and August 2020, Mr. Mendez accepted $36,500 in bribes in exchange for arranging that certain contractors receive no-bid contracts worth at least $350,000. Mr. Mendez's crimes hurt NYCHA residents, NYCHA staff, and taxpayers. His actions are a betrayal of the public trust, and an embarrassment to the civil servants who honorably and tirelessly serve our City every day.

NYCHA's first priority is, and always has been, to serve our residents. Micro-purchases are a HUD-approved, quicker vehicle to deploy resources to repair items at a property – from roof and exhaust fans that help prevent moisture, to ancillary heating or mechanical equipment, including in our tank rooms and boiler rooms, to self-closing doors, mailboxes, and other critical items. When Mr. Mendez worked as a Superintendent at Jefferson Houses, supervising field operations staff and contractors, he was entrusted with promoting NYCHA's mission to serve our residents. In that role, he had authority to award no-bid micro-purchases and oversee the vendors performing the work.

Mr. Mendez's criminal misconduct of soliciting and accepting bribes put his greed and personal gain ahead of NYCHA its residents. His actions created a real and perceived culture of corruption, which adversely affects NYCHA's dedicated workforce, who now must work twice as hard to regain the trust of residents and improve conditions at our developments. Additionally, Mr. Mendez's crimes undermine NYCHA's substantial progress and the financial investments

we've made to transform the Authority. His criminal acts undermined a crucial procurement tool designed to deliver services to residents faster, and now, this tool will be burdened by additional processes that must prioritize preventing theft. Mr. Mendez's conduct is directly tied to the millions of dollars NYCHA has spent and continues to spend implementing new procedures, hiring staff, and pulling resources from other areas of the Authority to guard against a recurrence of similar criminal conduct.

Mr. Mendez's actions are counter to everything NYCHA stands for as an institution, and as the country's largest public housing authority, corruption must not be tolerated in any form. His unethical and dishonest behavior has eroded the public's confidence in the integrity of NYCHA's staff, and we ask that the Court impose an appropriate penalty that reflects the seriousness of this conduct and shows our staff and our residents that these actions have consequences which will deter future instances of corruption.

Respectfully,

Lisa Bova-Hiatt
Chief Executive Officer