UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

JUAN MENDEZ,

              Defendant.

CASE NO.: 24 Cr. 597 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Government is directed to order the transcript of the plea allocution that was held on October 15, 2024 to be docketed no later than **Monday, February 10, 2025**.

Dated: New York, New York
       February 6, 2025

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**