UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

JUAN MENDEZ,

                Defendant.

CASE NO.: 24 Cr. 597 (SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Conference is scheduled for **Monday, May 19, 2025 at 9:30 am** on the Court's conference line. The parties, including Mr. Mendez, are directed to call: (646) 453-4442; Phone Conference ID: 763 916 529# at the scheduled time.

Dated: New York, New York
       February 12, 2025

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**