# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
# 396 WAVERLY AVENUE
# BROOKLYN, NEW YORK 11238
## PH (718) 403-9261 FAX (347) 402-7103
### ken@kjmontgomerylaw.com

March 3, 2025

**Via ECF**
The Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10278

        **RE: United States v. Juan Mendez**
        **Criminal Docket 24 CR 597 (SLC)**

Dear Judge Cave:

    This letter is written on behalf of my client, who was sentenced by your Honor on February 12, 2025. Mr. Mendez suffers from chronic pain from injuries sustained from a previous motorcycle accident. He is diagnosed with severe chronic or intractable pain of neuropathic origin and severe chronic or intractable pain in which conventional therapeutic intervention and opiate therapy are ineffective.

    His physician, Dr. Mikhail Artamonov on May 30th, 2024, prescribed him the use of medical marijuana to address his pain. Mr. Mendez has been approved and issued a medical marijuana license. I have included documentation and medical records for the Court's review. The Defendant is seeking approval from the court to continue to receive medical marijuana treatment. On June 26th, 2024, Magistrate Judge Aaron granted in Part the defendant's motion with conditions to continue with his medical marijuana treatment. I recently spoke to pretrial, and they did not voice any objections as long as the Court authorizes it.

    Thank you for the Court's time and consideration in this matter.

Application GRANTED. Probation is authorized to conduct sporadic drug testing with respect to Mr. Mendez's medical marijuana treatment.

SO ORDERED.

_Sarah Cave_
USMJ 3/4/2025

Respectfully,
*Kenneth J. Montgomery*
*Attorney for Juan Mendez*
396 Waverly Avenue
Brooklyn, NY 11238


