UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
 
UNITED STATES OF AMERICA,

   -v.-            24-CR-597 (SLC)

                **PASSPORT ORDER**

JUAN MENDEZ,

       Defendant.
------------------------------------------------------------X

To: U.S PRE-TRIAL SERVICE SOUTHERN DISTRICT OF NEW YORK
  500 PEARL STREET, NEW YORK, NEW YORK 10007

  Upon the application of Kenneth J. Montgomery, attorney for the above-named defendant, and upon all proceedings previously submitted herein, it is hereby:

  ORDERED, that defendant Juan Mendez Crim. No.: 24 Cr 597, passport be released to his custody being that his criminal matter has come to a resolution.

Dated:  New York, New York
      June 18, 2025

                  SO ORDERED

                  _____
                  Hon. Sarah L. Cave
                  District Judge, United States District Court
                  Southern District of New York