UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

JUAN MENDEZ,

              Defendant.

CASE NO.: 24 Cr. 597 (SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Telephone Conference scheduled for **Monday, May 18, 2026 at 9:30 am** is **RESCHEDULED** to **12:00 pm on the same day**. The parties, including Mr. Mendez, are directed to call: (855) 244-8681; Access Code: 2308 226 4654 at the scheduled time.

Dated: New York, New York
       March 12, 2026

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**